UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4186-SELTZER

UNITED STATES OF AMERICA )
)
vs. )
)
CHRISTOPHER SANDERS )
_____ )



FILED by ___ D.C.
OCT 3 - 2002
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF F.-A FT. LAUD.

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the criminal complaint against defendant CHRISTOPHER SANDERS.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

Date: 10/3/02

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:   Kathleen Rice, AUSA
      U.S. Marshals Service
      Special Agent Hilton Yam, FBI