AO 442 (Rev. 12/85) Warrant for Arrest   Case 0:00-mi-04186-BSS   Document 4   AUSA RICE/AGENT TAM, FBI   Entered on FLSD Docket 10/11/2002   Page 1 of 1

493 390

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

CHRISTOPHER SANDERS

**WARRANT FOR ARREST**

CASE NUMBER: 00-4186-BSS

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHRISTOPHER SANDERS__
<br>Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| | Indictment | | | Information | X | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

**charging him or her with** (brief description of offense)
knowingly and willfully moving or traveling in interstate or foreign commerce with the intent to avoid prosecution for the crime of aggravated stalking, which is a felony under the laws of the State of Florida

in violation of Title __18__ United States Code, Section(s) __1073__

__BARRY S. SELTZER__
Name of Issuing Officer

_/s/ Barry Seltzer_
Issuing Officer

Bail fixed at $ __PRETRIAL DETENTION__

United States Magistrate Judge
Title of Issuing Officer

__07/26/00 at Fort Lauderdale, Florida__
Date and Location

__BARRY S. SELTZER__
by __MAGISTRATE JUDGE__
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at ____
Returned unexecuted per Order for Dismissal dated 10/3/02

| DATE RECEIVED<br>7/26/00<br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER<br>Edward Stubbs, Acting<br>US Marshal  S/D  FL | SIGNATURE OF ARRESTING OFFICER<br>Glenn Wilner, SDUSM |



AO 442 (Rev. 12/85) Warrant for Arrest