AO 442 (Rev. 12/85) Warrant for Arrest    AUSA: RTF / COURT MAG.

Case 0:00-mj-04186-BSS   Document 9   Entered on FLSD Docket 03/13/2015   Page 1 of 9

473390

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

CHRISTOPHER SANDERS

## WARRANT FOR ARREST

CASE NUMBER: 00 - 4186 - BSS

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __CHRISTOPHER SANDERS__
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| |Indictment     | |Information    |X|Complaint     | |Order of court     | |Violation Notice     | |Probation Violation Petition

**charging him or her with** (brief description of offense)
knowingly and willfully moving or traveling in interstate or foreign commerce with the intent to avoid prosecution for the crime of aggravated stalking, which is a felony under the laws of the State of Florida

in violation of Title __18__ United States Code, Section(s) ____1073____

**BARRY S. SELTZER**
Name of Issuing Officer

_Issuing Officer_

**United States Magistrate Judge**
Title of Issuing Officer

__07/26/00__ at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __PRETRIAL DETENTION__                  by __MAGISTRATE JUDGE__

**BARRY S. SELTZER**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| **Returned unexecuted per Order for Dismissal dated 10/3/02** |

| DATE RECEIVED __7/26/00__ | NAME AND TITLE OF ARRESTING OFFICER **Edward Stubbs, Acting US Marshal  S/D  FL** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | Glenn Wilner, SDUSM |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4186-SELTZER

UNITED STATES OF AMERICA          )
                                  )
vs.                               )
                                  )
CHRISTOPHER SANDERS               )
                                  )

FILED by _____ D.C.

OCT 3 - 2002

CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF F-A   FT. LAUD.

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court

endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses

the criminal complaint against defendant CHRISTOPHER SANDERS.

FOR MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

Date: 10/3/02

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:   Kathleen Rice, AUSA
      U.S. Marshals Service
      Special Agent Hilton Yam, FBI

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

CHRISTOPHER SANDERS

## WARRANT FOR ARREST

CASE NUMBER: 00-4186-BSS

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest___CHRISTOPHER SANDERS___

FILED by _____ D.C.

JUL 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| |Indictment | |Information | X |Complaint | |Order of court | |Violation Notice | |Probation Violation Petition

**charging him or her with** (brief description of offense)
**knowingly and willfully moving or traveling in interstate or foreign commerce with the intent to avoid prosecution for the crime of aggravated stalking, which is a felony under the laws of the State of Florida**

in violation of Title **18** United States Code, Section(s) ___1073___

**BARRY S. SELTZER**
Name of Issuing Officer

_____Issuing Officer_____

Bail fixed at $ **PRETRIAL DETENTION**

**United States Magistrate Judge**
Title of Issuing Officer

**07/26/00 at Fort Lauderdale, Florida**
Date and Location

**BARRY S. SELTZER**
by **MAGISTRATE JUDGE**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date _July 26, 2000_

AO 91 (Rev. 5/85) Criminal Complaint   SA ___/AM/FBI          AUSA RICE

# United States District Court

FILED by _____ D.C.
JUL 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

CHRISTOPHER SANDERS

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4186-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about July 21, 2000, in _____ Broward _____ county, in the _____ Southern _____ District of _____ Florida defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution for the crime of aggravated stalking, which is a felony under the laws of the State of Florida.

in violation of Title   18   United States Code, Section(s)   1073 _____

I further state that I am a(n)   _____ Special Agent _____   and that this complaint is based on the following
                                        Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:   [x] Yes   [ ] No

Signature of Complainant
R. Hilton Yam, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

July 26, 2000
Date

at   Ft. Lauderdale, Florida
        City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

I, R. Hilton Yam, being first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for the past three years. I am currently assigned to the South Florida Violent Crimes/Fugitive Task Force. My responsibilities as a Special Agent include the investigation and apprehension of fugitives. This affidavit is based upon my own knowledge, as well as information obtained from other law enforcement officers.

2. By letter dated July 21, 2000, addressed to the United States Attorney's Office, Fort Lauderdale, Florida, Michael J. Satz, State Attorney for Broward County, Florida, requested the assistance of the Federal Bureau of Investigation under the Unlawful Flight to Avoid Prosecution Statute, Title 18, United States Code, Section 1073, to locate and apprehend CHRISTOPHER SANDERS, who is sought by the County of Broward, State of Florida for the felony crime of aggravated stalking committed on or about April 20, 2000 and continuing through July 20, 2000. A copy of the State Attorney's letter is attached hereto.

3. On July 21, 2000, a warrant was issued by the Honorable Geoffrey D. Cohen, a judge for the Circuit Court of the Seventeenth Judicial Circuit of and for Broward County, Florida, charging SANDERS with one count of aggravated stalking, warrant number 00-12840CF10A. A copy of the warrant is attached hereto.

4. Your affiant has made a diligent search and has not been able to locate SANDERS in the State of Florida. Based upon information obtained by your affiant, it is believed that SANDERS has fled the State of Florida. On or about July 24, 2000, your affiant received information from the Coconut Creek Police Department, Broward County, Florida, that

SANDERS is residing at 519 Tecumseh Road, Dundee, Michigan 48131 and is holding steady employment in that area.

5.  SANDERS is described as a white male, with a date of birth of          70.  SANDERS is six feet tall and his weight is 180 pounds.  SANDERS has blond hair and blue eyes.  His Social Security Number is

6.  The State Attorney's Office has made the representation that the State of Florida will extradite and prosecute SANDERS if he is apprehended in another state, district, or territory of the United States, and that the State of Florida will bear all expenses arising therefrom.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

R. HILTON YAM, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this _____ day of July, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

2

7-24-200 9:06AM     FROM  EXTRADITIONS 954 831 7997                          P. 2



**MICHAEL J. SATZ**
**STATE ATTORNEY**
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURTHOUSE
201 S.E. SIXTH STREET
FORT LAUDERDALE, FLORIDA 33301-3360                    PHONE (954) 831-6955

**EXTRADITION UNIT**
954/831-6377
July 21, 2000

Eileen M. O'Connor
Assistant U. S. Attorney
Deputy Chief Major Crimes Section
299 East Broward Boulevard
Fort Lauderdale, Florida  33301

Re: **CHRISTOPHER SANDERS** - white male, six (6) feet tall, approximately 180 pounds, blue eyes, blond hair, date of birth:     '70, Social Security #

Dear Ms. O'Connor:

On July 21, 2000 an Information was filed by the State Attorney of the 17th Judicial Circuit, in and for Broward County, Florida, under Case No. 00-12840CF charging Christopher Sanders with Aggravated Stalking.

The Violent Crimes/Fugitive Task Force of the Federal Bureau of Investigation, Miami Office, has made a diligent search and there is reason to believe that the subject has left the State of Florida to avoid prosecution on these charges. Special Agent Hilton Yam, has received pertinent information that Christopher Sanders is living in Dundee, Michigan.

It would be greatly appreciated if you would cause to be issued a warrant for Unlawful Flight to Avoid Prosecution to assist us in the apprehension and prosecution of this subject.

☒004                                                          ☎   15:10   00/24/70

Eileen M. O'Connor, Assistant U.S. Attorney
State of Florida vs. CHRISTOPHER SANDERS
Case No. 00-12840CF
Application for UFAP
Page 2

      You are hereby advised that the State of Florida will extradite and will prosecute if the subject is apprehended. You are further advised that the State of Florida will bear expenses arising therefrom.

                    Very truly yours,

                    MICHAEL J. SATZ
                    State Attorney

                    KENNETH L. FARNSWOTH
                    Assistant State Attorney

KLF:sb
Encl.
cc:    Jeffrey Favitta, Supervisory Special Agent, FBI
       Hilton Yam Special Agent, VC/FTF, FBI
       Detective Kevin Vernetti, Coconut Creek Police Department
       Extradition Unit, Broward Sheriff's Office

7-24-200  9:09AM      FROM    RADITIONS  954 831 7997

| | CLOCK IN |
|---|---|
| [X] 17th Judicial Circuit in and for Broward County <br> [ ] In the County Court in and for Broward County | |

| DIVISION: <br><br> [X] CRIMINAL <br> [ ] TRAFFIC <br> [ ] OTHER | **CAPIAS** | |
|---|---|---|
| JUDGE          COHEN | | CASE NUMBER <br> 00-12840CF10A |

## TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA

You are commanded to take _____ CHRISTOPHER W. SANDERS _____ **WHITE MALE**

_____ (description)

_____ 51 _____ _____ *CHIGAN _____ _____

(D.O.B.)          (address)          (prior arrest no.)

if that person be found in your county, arrest and safely keep so that you may have that person's body before the Judge of our said Court instanter to answer to the charge, filed by the State Attorney of Broward County, Florida of:

**AGGRAVATED STALKING 3DF**

and have you then and there this writ:

The Defendant is to be admitted to bail as set by the Court in the amount/s of:

1.   $  **NO BOND**
2.   $
3.   $
4.   $

WITNESS Ed Kennedy, Clerk of our said Court and the Seal of our said Court, at the Court House of Fort Lauderdale, Florida, this **21** day of _____ **JULY** _____, 2000.

ED KENNEDY, Clerk

By: _____          Deputy Clerk

Arresting Agency _____

Arresting Officer _____

Reason Capias Issued   *NIC/BOND TO BE DETERMINED BY MAGISTRATE JUDGE*

Received this Capias on _____ and executed same on _____ by arresting the within Defendant and having him now before the Court.

_____, Sheriff   By: _____ Deputy Sheriff

FORM 180F073 <br> REVISED 2000

006